*Filed in Court 4/23/04*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIRECTV, INC.
            Plaintiff

v.                                         Civil Action No. 03-30285 KPN

DONALD L. HALL,
            Defendant

---

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

We, the undersigned Defendant and Defendant's counsel, respectively, hereby certify and affirm that we have conferred:

    a.    With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation at bar; and,

    b.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Subscribed and sworn to under the pain and penalty of perjury this 21st day of April, 2004.

_____
Donald L. Hall
PO Box 117
Windsor, MA 01270

_____
Peter J. Sturgeon, Esq.
122 North Street, Suite 301
Pittsfield, MA 01201
(413) 499-2323
BBO #: 555561