UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO. 03-30285-MAP |
| ) | |
| vs. ) | ASSENTED TO MOTION TO |
| ) | RESCHEDULE HEARING |
| **Donald L. Hall** ) | |
| ) | |
| Defendant ) | |

The Plaintiff moves this court, with the full assent of the Defendant, for an order rescheduling the case management conference presently calendared for June 24, 2004 at 2:00 p.m. to some date after July 12, 2004, preferably not during the first week in August.

As grounds for this motion the Plaintiff asserts that:

1. It is the understanding of the parties that the scheduled hearing was to be a case management conference to establish a scheduling order after there had been a failure to negotiate a settlement at mediation.

2. Mediation is scheduled for July 12, 2004; accordingly, there is still a possibility of a negotiated settlement and a case management conference at this time would be premature.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has contacted the Defendant's Counsel and Defendant's Counsel assents to this motion.

3.  The parties agree to attend a scheduling conference on some date after the July 12 mediation, but Plaintiff's counsel will be on vacation out of state the first week of August.

Attorney for Plaintiff, DIRECTV, Inc.

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865