UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc. | ) CIVIL ACTION NO. 03-30285-KPN |
| Plaintiff, | ) AFFIDAVIT IN SUPPORT OF |
| | ) PLAINTIFF'S ASSENTED TO MOTION |
| vs. | ) TO RESCHEDULE HEARING |
| Donald L. Hall | ) |
| Defendant | ) |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I spoke to Defendant's counsel, who fully assents to rescheduling this case management conference until some date after the mediation on July 12, 2004;

4. The parties agree to attend a scheduling conference on some date after the mediation, but Plaintiff's counsel will be on vacation out of state the first week of August.

Subscribed and sworn to, under the pains and penalties of perjury, this ___ day of June 2004.

_____
John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page   1

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 23rd day of June 2004, a copy of the foregoing Motion for re-scheduling and affidavit in support were mailed first class to:

Attorney Peter J. Sturgeon
122 North Street
Suite 301
Pittsfield, MA  01201

_____
John M. McLaughlin, Esq.

Page    2