UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,

       Plaintiff,                CIVIL ACTION
v.                                    No.03-30285-MAP

DONALD L. HALL,

       Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court         **COURTROOM #1, 5th FLOOR**
595 Main St.                    **DATE AND TIME:**
Worcester, MA 01608        **September 2, 2004, at 10:00 A.M.**
_____
Type of Proceeding:


**MEDIATION**

**ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!**


_____
                                 CHARLES B. SWARTWOOD, III
                                 MAGISTRATE JUDGE



July 6, 2004                /s/ Sherry Jones
Date                          Sherry Jones,
                            Deputy Clerk
                            (508) 929-9901